UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIF UGUR,<br><br>　　　　Defendant. | Criminal No. 21-cr-10221-NMG |

## ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, by Rachael Rollins, United States Attorney for the District of Massachusetts, and Timothy Kistner and Jason Casey, Assistant United States Attorneys for said District; upon the Factual Allegations in Support of Judicial Removal; upon the consent of ARIF UGUR ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Turkey.

3. The defendant was admitted to the United States on or about October 6, 2005, at Boston Logan International Airport, as a Lawful Permanent Resident.

4. On July 21, 2021, the defendant was charged in an Indictment with two counts of Illegal Exports in Violation of the Arms Export Control Act (22 U.S.C. § 2778) and in violation of the International Traffic in Arms Regulations (22 C.F.R. §§ 121.1, 123.1, 127.1); Conspiracy to Violate the Arms Export Control Act (18 U.S.C. § 371 and 22 U.S.C. § 2778); and, two counts of Wire Fraud (18 U.S.C. § 1343).

5. On July 13, 2022, the defendant pled guilty in the U.S. District Court for the District of

    Massachusetts to two counts of Illegal Exports in Violation of the Arms Export Control Act (22 U.S.C. § 2778) and in violation of the International Traffic in Arms Regulations (22 C.F.R. §§ 121.1, 123.1, 127.1); one count of Conspiracy to Violate the Arms Export Control Act (18 U.S.C. § 371 and 22 U.S.C. § 2778); and, two counts of Wire Fraud (18 U.S.C. § 1343).

6. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the U.S. District Court for the District of Massachusetts of two counts of Illegal Exports in Violation of the Arms Export Control Act (22 U.S.C. § 2778) and in violation of the International Traffic in Arms Regulations (22 C.F.R. §§ 121.1, 123.1, 127.1); one count of Conspiracy to Violate the Arms Export Control Act (18 U.S.C. § 371 and 22 U.S.C. § 2778); and, two counts of Wire Fraud (18 U.S.C. § 1343).

7. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 237(a)(4)(A)(i) of the INA, as amended, 8 U.S.C. § 1227(a)(4)(A)(i), as amended, as an alien who has engaged, is engaged, or at any time after admission engages in any activity to violate or evade any law prohibiting the export from the United States of goods, technology, or sensitive information.

8. The defendant has waived his right to notice and a hearing under INA § 238(c), 8 U.S.C. § 1228(c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to INA § 238(c), 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Turkey upon his sentencing, which removal is to be effected upon completion of his term of incarceration.

Dated: 12/15/2022

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE